ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 1 2017

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIM A. EARLYCUTT AND SHANNON A. KING | Criminal Indictment<br><br>No.  1 17-CR-084 |

THE GRAND JURY CHARGES THAT:

### Count One

1. From in or around January 2012 until in or around January 2015, in the Northern District of Georgia, the defendants, KIM A. EARLYCUTT and SHANNON A. KING, did knowingly and willfully combine, conspire, and agree with each other and with M.F. and others known and unknown to defraud the United States Department of Treasury, Internal Revenue Service ("IRS"), an agency of the United States, by obtaining and aiding to obtain the payment of materially false, fictitious, and fraudulent income tax refund claims from the IRS.

### Purpose of the Conspiracy

2. It was the purpose of the conspiracy for the defendants and their co-conspirators to enrich themselves by causing the preparation and filing of materially false, fictitious, and fraudulent income tax returns with the IRS on behalf of numerous individual taxpayers, claiming refunds that the taxpayers were not entitled to receive, and by thereafter keeping a portion of the money

that was refunded by the IRS and to unjustly enrich themselves by obtaining United States Department of Treasury tax refund checks to which they were not entitled.

## Manner and Means of the Conspiracy

It was part of the conspiracy and scheme to defraud that:

3. EARLYCUTT, KING, and their co-conspirators obtained identity documents of foreign nationals.

4. EARLYCUTT, KING, and their co-conspirators manufactured false and fraudulent tax claim forms, including but not limited to W-2, W-7, and 1040 Forms with fabricated and fictitious employer information, income, and withholding amounts.

5. Co-conspirators notarized some of the fraudulent W-7 Forms.

6. EARLYCUTT, KING, and their co-conspirators filed the fraudulent W-7, and 1040 Forms with the Internal Revenue Service, by mailing them and by using electronic filing numbers controlled by EARLYCUTT, for the purpose of obtaining Internal Revenue Service tax refunds.

7. EARLYCUTT, KING, and their co-conspirators enriched themselves by retaining a portion of the tax refunds that had been fraudulently obtained, including in some instances the entire refund.

8. The Defendants claimed over $5 million in fraudulent refunds.

All in violation of Title 18, United States Code, Section 286.

## Counts Two to Fourteen

9. The factual allegations set forth in paragraphs 3 through 8 of this Indictment, and all sub-parts thereof, are incorporated herein by reference.

10. On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the Defendants identified below knowingly made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the United States Department of the Treasury, claims against the United States for payment, which Defendants knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, what purported to be federal income tax returns for the individuals identified by initial below, wherein claims for income tax refunds in the monetary amounts listed below were made with knowledge that such claims were false, fictitious, and fraudulent in that the income listed and the Forms W-2 attached to the tax returns were false, fictitious, and fraudulent:

| Count | Defendant | Date | Taxpayer Initials | Refund Amount |
|---|---|---|---|---|
| 2 | EARLYCUTT | Mar. 5, 2013 | A.A.M. | $4,933 |
| 3 | EARLYCUTT | Jan. 28, 2014 | S.M.J.R. | $3,754 |
| 4 | EARLYCUTT and KING | Feb. 1, 2014 | F.R.H.T. | $7,085 |
| 5 | EARLYCUTT and KING | Feb. 13, 2014 | Z.M.C.G. | $4,647 |
| 6 | EARLYCUTT | Mar. 3, 2014 | E.C.S. | $4,702 |
| 7 | EARLYCUTT and KING | Mar. 4, 2014 | C.F.P. | $4,699 |
| 8 | EARLYCUTT and KING | Mar. 10, 2014 | A.A.M. | $4,656 |
| 9 | EARLYCUTT | Mar. 11, 2014 | E.V.G. | $4,525 |
| 10 | EARLYCUTT | Jan. 14, 2015 | A.A.M. | $5,236 |
| 11 | EARLYCUTT and KING | Jan. 20, 2015 | F.R.H.T. | $7,218 |
| 12 | EARLYCUTT and KING | Feb. 6, 2015 | E.C.S. | $4,952 |
| 13 | EARLYCUTT | Feb. 11, 2015 | Z.M.C.G. | $4,285 |
| 14 | EARLYCUTT | Feb. 12, 2015 | S.M.J.R. | $4,190 |

All in violation of Title 18, United States Code, Sections 287 and 2.

A ____*True*____ BILL

____*[signature]*____
FOREPERSON

JOHN A. HORN
*United States Attorney*

*[signature]*

CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181