IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br>v.<br>KIM A. EARLYCUTT,<br><br>DEFENDANT. | Criminal Action No.<br>1:17-CR-084-LMM |

## NOTICE OF LEVY

TO THE DEFENDANT AND ALL OTHER INTERESTED PERSONS:

TAKE NOTICE that on May 31, 2018 and June 6, 2018, by virtue of a writ of execution issued by the Court in this action on the 10th day of April 2018, I levied upon the following described property: 2139 Fieldstone View Court SE, Conyers, Ga 30013.

THAT THE PARTIES to said action are the United States and Defendant Kim A. Earlycutt, and that the amount of the United States' claim and demand, as stated in said execution, is the sum of $5,258,084.11 together with interest and the cost of this service.

UNITED STATES MARSHALS
NORTHERN DISTRICT OF GEORGIA

By: _____
    Kerry Duke
    Deputy, United States Marshals