IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>KIM A. EARLYCUTT,<br><br>DEFENDANT. | Criminal Action No.<br>1:17-CR-084-LMM |

**MOTION TO AUTHORIZE
U.S. MARSHALS SERVICE TO MAINTAIN, MARKET AND SELL
PROPERTY USING COMMERCIALLY REASONABLE MEANS**

COMES NOW the United States of America and moves this Court to authorize the U. S. Marshals Service to maintain, market and sell real property commonly known as a townhouse located at 2139 Fieldstone View Court, Conyers, Georgia, which is the subject of a Writ of Execution filed on April 10, 2018, using commercially reasonable means, to include contracting with real estate brokers, realtors and vendors. For the reasons set forth in the accompanying brief, the government submits that it is appropriate for the Court to enter an order authorizing the U. S. Marshals Service to proceed in this manner.

1

Respectfully Submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

<u>s/Cynthia B. Smith</u>
CYNTHIA B. SMITH
ASSISTANT U.S. ATTORNEY
GA. BAR NUMBER 655473
600 U.S. Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303
(404) 581-6350
Cynthia.smith2@usdoj.gov